United States District Court
Southern District of Texas
**ENTERED**
October 31, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(*Probation Form 49, Waiver of Hearing is Attached*)

Name of Offender:   Jianjie Liu                              Case Number:        4:24CR00337-001

Name of Sentencing Judge:   The Honorable Eleanor L. Ross

Name of Presiding Judge:   The Honorable George C. Hanks

Date of Original Sentence:   August 24, 2022

Original Offense:   Conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h).

Original Sentence:   31 months custody of the U.S. Bureau of Prisons, followed by a three-year term of supervised release, a $100 special assessment and $138,700 in restitution. Special conditions: financial disclosure; no new credit; deportation; work authorization; and search and seize.

Type of Supervision:   Supervised Release         Supervision Started:   May 11, 2024

## EARLIER COURT ACTION

06/24/2024: Jurisdiction transferred from the Northern District of Georgia (Docket No. 1:20CR00208-001) to U.S. District Judge George C. Hanks.

## PETITIONING THE COURT

☒   To modify the conditions of supervision as follows:

You shall make restitution payments in monthly installments of at least $25 per month effective, November 1, 2024.

PROB 49
(05/00)

**RE:** LIU Jianjie
Dkt. No. 4:24CR00337-001

## CAUSE

The probation officer believes that the offender has violated the following conditions of supervision:

**1       Failure to Pay Restitution as Directed**

On August 24, 2022, Jianjie Liu was ordered to pay restitution in the amount of $138,700 in equal monthly installments, commencing October 18, 2023. During the months of October 2023, November 2023, December 2023, January 2024, February 2024, March 2024, May 2024, June 2024, July 2024, August 2024, and September 2024, Jianjie Liu has willfully failed to pay the restitution as ordered by the Court.

**2       Failure to Pay Special Assessment as Directed**

On August 24, 2022, Jianjie Liu was ordered to pay the $100 special assessment immediately. To date, Jianjia Liu has only paid $50.

Ms. Liu is currently unemployed due to her inability to legally work in the United States. Therefore, she is unable to comply with the court ordered restitution payment schedule of $200 per month. Ms. Liu attempted to obtain work authorization, but was denied on April 1, 2024 (verified.)

It is respectfully recommended Ms. Liu's monthly restitution payments be reduced to a minimum of $25 per month, while she is unemployed. Once Ms. Liu obtains her work authorization and employment, another financial investigation will be conducted to reassess her ability to pay more.

Approved:                                                                                      Respectfully submitted,

*Kim Lucas* (signature)                                              By:   *Shabria Williams* (signature)

Kim Lucas, Supervising                                                 Shabria Williams
United States Probation Officer                                   United States Probation Officer
October 24, 2025                                                            346-587-6878

Name of Offender: Jianjie Liu
Case Number: 4:24CR00337-001
Page Number: 3

---

THE COURT ORDERS:

[ ]   No Action

[ ]   Extended Supervision as Noted

[X]   Modify Conditions as Noted

[ ]   Other:


_____
George C. Hanks Jr.
U. S. District Judge


October 30, 2024
_____
                Date

# UNITED STATES DISTRICT COURT
## for
## Southern District of Texas

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation/Supervised Release or the proposed extension of my term of supervision:

You shall make restitution payments in monthly installments of at least $25 per month effective, November 1, 2024.

_Shalina Williams_
Witness

10/24/2024
Date

_Jianjie Lin_
Probationer/Supervised Releasee

10/24/2024
Date